UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET KEELY and MARGARET KEELY as personal representative of the Estate of William Keely,

      Plaintiffs,

v.

FIRE INSURANCE EXCHANGE, a/k/a Farmers Insurance Group,

      Defendant.
_____/

Case No. 10-13707

Honorable Patrick J. Duggan

## **JUDGMENT**

On August 18, 2010, Plaintiffs filed this action, seeking a declaration that Fire Insurance Exchange, a/k/a Farmers Insurance Group breached a contractual duty to defend against a tort action. On this date, the Court entered an Opinion and Order holding that Plaintiffs are not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' action is **DISMISSED WITH PREJUDICE**.

Dated: June 28, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Richard E. Rosenberg, Esq.
Richard J. Gianino, Esq.